IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00774-GPG

DENNIS WATSON,

      Plaintiff,

v.

UPS GROUND FREIGHT, INC.,
ROBERT MANGIONE,
JOHN GONZALES, and
KENNETH THOMAS, *et al.*, Individually and in Their Capacity as Management,

      Defendants.

---

## ORDER DRAWING CASE

---

      After review pursuant to 28 U.S.C. § 1915 of the Title VII Complaint submitted to the Court on July 17, 2015, the Court has determined that this case does not appear to be appropriate for summary dismissal and  should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  *See* D.C.COLO.LCivR 40.1(a).

Accordingly, it is

      ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate**  judge.

      DATED July 18, 2015, at Denver, Colorado.

                        BY THE COURT:

                        S/ Gordon P. Gallagher

                        _____

                        United States Magistrate Judge