**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00774-NYW

DENNIS WATSON,

Plaintiff,
v.

UPS GROUND FREIGHT, INC.,
ROBERT MANGIONE,
JOHN GONZALES,
KENNETH THOMAS,

    Defendants.

_____

**ORDER**
_____

Magistrate Judge Nina Y. Wang

    On November 12, 2015, this court issued an Order to Show Cause on or before November 19, 2015 why this case should not be dismissed pursuant to D.C.COLO.LCivR 41.1 for lack of prosecution [#43]. Plaintiff responded to the Order to Show Cause on November 19, 2015 [#46]. In Plaintiff's Response, counsel for Plaintiff indicated that they inadvertently failed to attend the Scheduling Conference in this matter due to "scheduling errors and procedural misunderstandings." [*Id.* at 1].

    Plaintiff has demonstrated his intention to pursue this litigation and represented that the scheduling errors have been rectified. Accordingly, **IT IS ORDERED** that:

    (1)    The Order is Show Cause [#43] is **DISCHARGED**.

    Counsel for Plaintiff is specifically advised that they must comply with the Federal Rules of Civil Procedure, the Local Rules of Civil Practice, and all orders of this court. Failure to do so

in the future may result in the *sua sponte* striking of filings and/or other sanctions, including dismissal if warranted.

DATED: November 25, 2015

BY THE COURT:

s/Nina Y. Wang_____
United States Magistrate Judge