IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 15-cv-00774-NYW | Date: February 26, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| ***Parties*** | ***Counsel*** |
|---|---|
| DENNIS WATSON, **Plaintiff,** | *David Stacey Hart*<br>*Todd Frank Bovo* |
| **v.** | |
| UPS GROUND FREIGHT, INC., **Defendant.** | *Steven M. Gutierrez* |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 9:31 a.m.

Appearance of counsel. Mr. Watson appears with Messrs. Hart and Bovo.

Discussion and argument held on Defendant UPS Ground Freight, Inc.'s Motion to Dismiss Second Amended Complaint [Docket No. 54] filed December 29, 2015.

**ORDERED: Defendant UPS Ground Freight, Inc.'s Motion to Dismiss Second Amended Complaint [54] is TAKEN UNDER ADVISEMENT. A separate written order shall issue.**

Discussion held on Plaintiff's Opposed Motion for Leave to Submit Supplemental Authority [Docket No. 61] filed February 24, 2016.

**ORDERED: Plaintiff's Opposed Motion for Leave to Submit Supplemental Authority [61] is GRANTED. The supplemental authority [61-1, and 61-2] is accepted as tendered.**

Court in Recess: 10:06 a.m. Hearing concluded. Total time in Court: 00:35

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.