**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00774-NYW

DENNIS WATSON,

    Plaintiff,

v.

UPS GROUND FREIGHT, INC.,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order of Magistrate Judge Nina Y. Wang entered on May 03, 2016 it is

    ORDERED that, Defendant's Motion to Dismiss Second Amended Complaint filed 12/19/2015, [54], is granted.  It is

    FURTHER ORDERED that, with respect to the claims arising under the Americans with Disabilities Act, as amended, Plaintiff Dennis Watson's Second Amended Complaint is **DISMISSED** without prejudice for failure to state a claim. It is

    FURTHER ORDERED that, with respect to the state law claim of wrongful discharge, this court **DECLINES** supplemental jurisdiction and **DISMISSES** the claim without prejudice. It is

FURTHER ORDERED that, final judgment enter in favor of Defendant UPS Ground Freight, Inc. and against Plaintiff Dennis Watson. Each party will bear its own costs and fees.

Dated at Denver, Colorado this 3rd day of May, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   S. Libid

S. Libid, Deputy Clerk